IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EVOLVED WIRELESS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | C.A. No. 15-542-SLR |
| EVOLVED WIRELESS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HTC CORPORATION and<br>HTC AMERICA, INC.,<br><br>Defendants. | C.A. No. 15-543-SLR |
| EVOLVED WIRELESS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>LENOVO GROUP LTD., LENOVO<br>(UNITED STATES) INC., and MOTOROLA<br>MOBILITY,<br><br>Defendants. | C.A. No. 15-544-SLR |

| | |
|---|---|
| EVOLVED WIRELESS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendants. | C.A. No. 15-545-SLR |
| EVOLVED WIRELESS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ZTE CORPORATION, ZTE (USA) INC., and ZTE SOLUTIONS INC.,<br><br>Defendants. | C.A. No. 15-546-SLR |
| EVOLVED WIRELESS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, MICROSOFT MOBILE OY, and NOKIA INC.,<br><br>Defendants. | C.A. No. 15-547–SLR |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on March 3, 2017, the following documents were served on the persons listed below and in the manner indicated as well as by e-mail to Evolved_RK_Team@robinskaplan.com:

1. Defendants' Notice of 30(b)(6) Subpoena to Techquity Capital Management, LLC
2. Defendants' Notice of 30(b)(6) Subpoena to Lamdba LLC

3. Defendants' Notice of 30(b)(6) Subpoena to Techquity, L.P.
4. Defendants' Notice of 30(b)(6) Subpoena to Techquity, LLC
5. Defendants' Notice of Subpoena to Techquity, L.P.
6. Defendants' Notice of Subpoena to Techquity, LLC

**BY E-MAIL**

Brian E. Farnan
Michael J. Farnan
FARNAN LLP
919 N. Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Andrea L. Gothing
ROBINS KAPLAN LLP
2440 W. El Camino Real, Suite 100
Mountain View, CA 94040
(650) 784-4040
agothing@robinskaplan.com

Annie Huang
ROBINS KAPLAN LLP
601 Lexington Avenue, Suite 3400
New York, NY 10022
(212) 980-7438
ahuang@robinskaplan.com

Christopher K. Larus
Ryan M. Schultz
Benjamen C. Linden
Andrew D. Hedden
Anthony F. Schlehuber
Marla R. Butler
Ryan E. Dornberger
ROBINS KAPLAN LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
(612) 349-8500
clarus@robinskaplan.com
rschultz@robinskaplan.com
blinden@robinskaplan.com
ahedden@robinskaplan.com
ashlehuber@robinskaplan.com
rdornberger@robinskaplan.com
mbutler@robinskaplan.com

OF COUNSEL:
Kevin P.B. Johnson
Victoria F. Maroulis
Todd M. Briggs
Charles Stiernberg
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
(650) 801-5100

*/s/ Andrew E. Russell*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
arussell@shawkeller.com
*Attorneys for Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

OF COUNSEL:
Michael D. Jay
Bill Ward
Joseph E. Lasher
Nandan Padmanabhan
BOIES, SCHILLER & FLEXNER LLP
401 Wilshire Boulevard, Suite 850
Santa Monica, CA 90401
(310) 752-2400

Steven C. Holtzman
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
(510) 874-1000

/s/ Bindu A. Palapura
David E. Moore (No. 3983)
Bindu A. Palapura (No. 5370)
Stephanie E. O'Byrne (No. 4446)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
(302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
sobyrne@potteranderson.com
*Attorneys for Defendant Apple Inc.*

OF COUNSEL:
Stephen S. Korniczky
Martin R. Bader
Ericka J. Schulz
Kayla Page
SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
12275 El Camino Real, Suite 200
San Diego, CA 92130
(858) 720-8900

/s/ Philip A. Rovner
Philip A. Rovner (No. 3215)
Jonathan A. Choa (No. 5319)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
(302) 984-6000
provner@potteranderson.com
jchoa@potteranderson.com
*Attorneys for Defendants HTC Corporation and HTC America, Inc.*

OF COUNSEL:
Mitchell G. Stockwell
Richard W. Goldstucker
KILPATRICK TOWNSEND AND STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
(404) 815-6500

Taylor H. Ludlam
KILPATRICK TOWNSEND AND STOCKTON LLP
4208 Six Forks Road, Suite 1400
Raleigh, NC 27609
(919) 420-1700

/s/ Bindu A. Palapura
David E. Moore (No. 3983)
Bindu A. Palapura (No. 5370)
Stephanie E. O'Byrne (No. 4446)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
(302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
sobyrne@potteranderson.com
*Attorneys for Defendants Lenovo Group Ltd., Lenovo (United States) Inc., and Motorola Mobility LLC*

Akarsh P. Belagodu
KILPATRICK TOWNSEND AND
STOCKTON LLP
607 14th Street, NW, Suite 900
Washington, DC 20005
(202) 508-5800

OF COUNSEL:
Jay H. Reiziss
Natalie A. Bennett
MCDERMOTT WILL & EMERY LLP
500 North Capitol Street, N.W.
Washington, D.C. 20001
(202) 756-8000

Charles M. McMahon
Hersh H. Mehta
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street
Chicago, IL 60606
(312) 372-2000

*/s/ Kelly E. Farnan*
Kelly E. Farnan (No. 4395)
Travis S. Hunter (No. 5350)
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com
hunter@rlf.com
*Attorneys for Defendant ZTE (USA) Inc.*

OF COUNSEL:
Richard A. Cederoth
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Ellen S. Robbins
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
(213) 896-6000

Joseph A. Micallef
Anna M. Weinberg
Wonjoo Suh
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
(202) 736-8000

*/s/ Rodger D. Smith II*
Rodger D. Smith II (No. 3778)
Jeremy A. Tigan (No. 5239)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801
(302) 658-9200
rsmith@mnat.com
jtigan@mnat.com
*Attorneys for Defendants Microsoft Corporation, Microsoft Mobile Oy, and Microsoft Mobile Inc. (f/k/a Nokia Inc.)*

Dated: March 3, 2017