IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EVOLVED WIRELESS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-542-JFB-SRF |
| | ) | |
| APPLE, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| EVOLVED WIRELESS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-543-JFB-SRF |
| | ) | |
| HTC CORPORATION, and | ) | |
| HTC AMERICA, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| EVOLVED WIRELESS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-544-JFB-SRF |
| | ) | |
| MOTOROLA MOBILITY LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| EVOLVED WIRELESS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-545-JFB-SRF |
| | ) | |
| SAMSUNG ELECTRONICS CO., LTD. and | ) | |
| SAMSUNG ELECTRONICS AMERICA, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |



| | | |
|---|---|---|
| EVOLVED WIRELESS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-546-JFB-SRF |
| | ) | |
| ZTE (USA) INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| EVOLVED WIRELESS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-547-JFB-SRF |
| | ) | |
| MICROSOFT CORPORATION, MICROSOFT MOBILE OY, and NOKIA, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE REGARDING FINAL WRITTEN DECISIONS IN INTER PARTES REVIEWS OF U.S. PATENT NO. 7,881,236 FINDING ASSERTED CLAIMS INVALID**

Defendants[1] in the above-captioned matters hereby provide notice to the Court that on November 30, 2017 the Patent Trial and Appeal Board ("PTAB") issued Final Written Decisions under 35 U.S.C. § 318(a) in three *inter partes* reviews ("IPRs") of United States Patent No. 7,881,236 (the "'236 Patent"). In each IPR, the PTAB invalidated each asserted claim. *See* Ex. A, IPR2016-00757[2], at 39 ("For the foregoing reasons, we conclude that Petitioner demonstrates, by a preponderance of the evidence, that claims 1–6 are unpatentable under 35 U.S.C. § 103(a) over 3GPP TS 300 and 3GPP TS 321 and claims 7–10, 12, and 13 are unpatentable under 35

---

[1] "Defendants" refers collectively to Apple Inc., HTC Corporation, HTC America, Inc., Motorola Mobility LLC, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., ZTE (USA) Inc., Microsoft Corporation, Microsoft Mobile Oy, and Microsoft Mobile Inc.
[2]  IPR2016-00757 was consolidated with IPR2016-01345.

1

U.S.C. § 103(a) over 3GPP TS 300, 3GPP TS 321, and Ericsson." ); Ex. B, IPR2016-01228, at

40-41 ("We conclude that Petitioner demonstrates, by a preponderance of the evidence, that

claims 1–4, 6–10, 12, and 13 are unpatentable under 35 U.S.C. § 103(a) over Kitazoe, prior art

described in the '236 patent, and Specification 321; and that claim 5 is unpatentable under 35

U.S.C. § 103(a) IPR2016-01228 Patent 7,881,236 B2 over Kitazoe, prior art described in the

'236 patent, Specification 321, and Kitazoe II."); and Exhibit C, IPR2016-01229, at 41("We

conclude that Petitioner demonstrates, by a preponderance of the evidence, that claims 1–4, 6–

10, 12, and 13 are unpatentable under 35 U.S.C. § 103(a) over Kitazoe, Niu, and Specification

321; and that claim 5 is unpatentable under 35 U.S.C. § 103(a) over Kitazoe, Niu, Specification

321, and Kitazoe II.").

Evolved filed a request for rehearing in each of these IPRs, and the PTAB has requested

further briefing that will be completed by January 26, 2018.  (IPR2016-00757, Paper 44;

IPR2016-01228, Paper 29; IPR2016-01229, Paper 29).  Because the '236 Patent is one of the two

remaining patents-in-suit, the outcome of these IPR proceedings could have a significant impact

of the scope of these cases for trial.

<table>
<tr><td>OF COUNSEL:</td><td>/s/ Philip A. Rovner</td></tr>
<tr><td>Stephen S. Korniczky</td><td>Philip A. Rovner (No. 3215)</td></tr>
<tr><td>Martin R. Bader</td><td>Jonathan A. Choa (No. 5319)</td></tr>
<tr><td>Ericka J. Schulz</td><td>POTTER ANDERSON & CORROON LLP</td></tr>
<tr><td>Nam H. Kim</td><td>Hercules Plaza, 6th Floor</td></tr>
<tr><td>Eric K. Gill</td><td>1313 N. Market Street</td></tr>
<tr><td>SHEPPARD, MULLIN, RICHTER</td><td>Wilmington, DE 19801</td></tr>
<tr><td>  & HAMPTON, LLP</td><td>(302) 984-6000</td></tr>
<tr><td>12275 El Camino Real, Suite 200</td><td>provner@potteranderson.com</td></tr>
<tr><td>San Diego, CA 92130</td><td>jchoa@potteranderson.com</td></tr>
<tr><td>(858) 720-8900</td><td>*Attorneys for Defendants HTC Corporation and HTC America, Inc.*</td></tr>
</table>

| | |
|---|---|
| OF COUNSEL:<br>Mitchell G. Stockwell<br>Richard W. Goldstucker<br>KILPATRICK TOWNSEND AND<br>    STOCKTON LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA 30309<br>(404) 815-6500<br><br>Taylor H. Ludlam<br>KILPATRICK TOWNSEND AND<br>    STOCKTON LLP<br>4208 Six Forks Road, Suite 1400<br>Raleigh, NC 27609<br>(919) 420-1700 | */s/ Bindu A. Palapura*<br>David E. Moore (No. 3983)<br>Bindu A. Palapura (No. 5370)<br>Stephanie E. O'Byrne (No. 4446)<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>(302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>sobyrne@potteranderson.com<br>*Attorneys for Defendant Motorola Mobility LLC* |
| OF COUNSEL:<br>Michael D. Jay<br>Bill Ward, Ph.D.<br>Nandan R. Padmanabhan<br>Micol Small<br>Martin Ellison<br>BOIES, SCHILLER & FLEXNER LLP<br>401 Wilshire Blvd., Suite 850<br>Santa Monica, CA 90401<br>(310) 752-2400<br><br>Steven Holtzman<br>BOIES, SCHILLER & FLEXNER LLP<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>(510) 874-1000 | */s/ Bindu A. Palapura*<br>David E. Moore (No. 3983)<br>Bindu A. Palapura (No. 5370)<br>Stephanie E. O'Byrne (No. 4446)<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>(302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>sobyrne@potteranderson.com<br>*Attorneys for Defendant Apple, Inc.* |
| OF COUNSEL:<br>Kevin P.B. Johnson<br>Victoria F. Maroulis<br>Todd M. Briggs<br>Charles M. Stiernberg<br>QUINN EMANUEL URQUHART &<br>    SULLIVAN, LLP<br>555 Twin Dolphin Dr., 5th Floor<br>Redwood Shores, CA 94065<br>(650) 801-5100 | */s/ Andrew E. Russell*<br>John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>Andrew E. Russell (No. 5382)<br>Nathan R. Hoeschen (No. 6232)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>arussell@shawkeller.com<br>*Attorneys for Defendants Samsung Electronics Co.,<br>Ltd. and Samsung Electronics America, Inc.* |

3

| | |
|---|---|
| OF COUNSEL: | */s/ Kelly E. Farnan* |
| Jay H. Reiziss | Kelly E. Farnan (No. 4395) |
| Natalie A. Bennett | Travis S. Hunter (No. 5350) |
| MCDERMOTT WILL & EMERY LLP | RICHARDS, LAYTON & FINGER, P.A. |
| 500 North Capitol Street, N.W. | 920 N. King Street |
| Washington, DC 20001 | Wilmington, DE 19801 |
| (202) 756-8000 | (302) 651-7700 |
| | farnan@rlf.com |
| Charles M. McMahon | hunter@rlf.com |
| Hersh H. Mehta | *Attorneys for Defendant ZTE (USA) Inc.* |
| MCDERMOTT WILL & EMERY LLP | |
| 227 West Monroe Street | |
| Chicago, IL 60606 | |
| (312) 372-2000 | |
| | |
| OF COUNSEL: | */s/ Rodger D. Smith II* |
| Richard A. Cederoth | Rodger D. Smith II (No. 3778) |
| SIDLEY AUSTIN LLP | Jeremy A. Tigan (No. 5239) |
| One South Dearborn Street | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| Chicago, IL 60603 | 1201 North Market Street |
| (312) 853-7000 | P.O. Box 1347 |
| | Wilmington, DE 19801 |
| Ellen S. Robbins | (302) 658-9200 |
| SIDLEY AUSTIN LLP | rsmith@mnat.com |
| 555 West Fifth Street | jtigan@mnat.com |
| Los Angeles, CA 90013 | *Attorneys for Defendants Microsoft Corporation,* |
| (213) 896-6000 | *Microsoft Mobile Oy, and Microsoft Mobile Inc.* |
| | *(f/k/a Nokia Inc.)* |
| Joseph A. Micallef | |
| Anna M. Weinberg | |
| Wonjoo Suh | |
| SIDLEY AUSTIN LLP | |
| 1501 K Street, N.W. | |
| Washington, DC 20005 | |
| (202) 736-8000 | |

Dated: January 10, 2018