IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EVOLVED WIRELESS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15–cv-00543–JFB-SRF |
| | ) | |
| HTC CORPORATION and | ) | |
| HTC AMERICA, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| EVOLVED WIRELESS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 15–cv-00544–JFB-SRF |
| LENOVO GROUP LTD., | ) | |
| LENOVO (UNITED STATES) INC., and | ) | |
| MOTOROLA MOBILITY, | ) | |
| | ) | |
| Defendants. | ) | |
| EVOLVED WIRELESS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15–cv-00545–JFB-SRF |
| | ) | |
| SAMSUNG ELECTRONICS CO., LTD. | ) | |
| and SAMSUNG ELECTRONICS | ) | |
| AMERICA, INC., | ) | |
| | ) | |
| Defendants. | ) | |

| | |
|---|---|
| EVOLVED WIRELESS, LLC,  )<br>   )<br>           Plaintiff,   )<br>   )<br>       v.   )<br>   )<br>ZTE (USA) INC.,   )<br>   )<br>           Defendants.   )<br>   ) | C.A. No. 15–cv-00546–JFB-SRF |
| EVOLVED WIRELESS, LLC,  )<br>   )<br>           Plaintiff,   )<br>   )<br>       v.   )<br>   )<br>MICROSOFT CORPORATION,   )<br>MICROSOFT MOBILE OY and   )<br>MICROSOFT MOBILE INC. (f/k/a NOKIA   )<br>INC.),   )<br>   )<br>           Defendants.   ) | C.A. No. 15–cv-00547–JFB-SRF |

**NOTICE OF SUBSEQUENT AUTHORITY**

Defendants notify the Court that the Federal Circuit affirmed (under Federal Circuit Rule 36) the Patent Trial and Appeal Board's Final Written Decision invalidating claims 1-10, 12, and 13 of U.S. Patent No. 7,881,236 B2 (*see* Ex. A).  The Federal Circuit decision is relevant because the '236 Patent is one of the two remaining asserted patents in the above-captioned cases.

*/s/ John W. Shaw*  
John W. Shaw (No. 3362)  
Karen E. Keller (No. 4489)  
Andrew E. Russell (No. 5382)  
SHAW KELLER LLP  
I.M. Pei Building  
1105 N. Market St., 12th Floor  
Wilmington, DE 19801  
(302) 298-0700  
jshaw@shawkeller.com  
kkeller@shawkeller.com  

*/s/ David E. Moore*  
David E. Moore (No. 3983)  
Bindu A. Palapura (No. 5370)  
Stephanie E. O'Byrne (No. 4446)  
POTTER ANDERSON &  
 CORROON LLP  
Hercules Plaza, 6th Floor  
1313 N. Market Street  
Wilmington, DE 19801  
(302) 984-6000

arussell@shawkeller.com
*Attorneys for Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc*

dmoore@potteranderson.com
bpalapura@potteranderson.com
sobyrne@potteranderson.com
*Attorneys for Defendant Motorola Mobility LLC*

*/s/ Philip A. Rovner*
Philip A. Rovner (No. 3215)
Jonathan A. Choa (No. 5319)
POTTER ANDERSON &
 CORROON LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com
jchoa@potteranderson.com
*Attorneys for Defendants HTC Corporation and HTC America, Inc.*

*/s/ Roger D. Smith*
Rodger D. Smith II (No. 3778)
Jeremy A. Tigan (No. 5239)
MORRIS, NICHOLS, ARSHT &
 TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801
(302) 658-9200
rsmith@mnat.com
mflynn@mnat.com
*Attorneys for Defendants Microsoft Corporation, Microsoft Mobile OY, and Microsoft Mobile, Inc. (f/k/a Nokia, Inc.)*

*/s/ Kelly E. Farnan*
Kelly E. Farnan (No. 4395)
Travis S. Hunter (No. 5350)
RICHARDS LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com
hunter@rlf.com
*Attorneys for Defendant ZTE (USA) Inc.*

Dated:  October 11, 2019