**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EVOLVED WIRELESS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MOTOROLA MOBILITY LLC, ) <br> ) <br> Defendant. ) <br> ) | C.A. No. 15-544-JFB-SRF <br><br> **JURY TRIAL DEMANDED** |

## JOINT STIPULATION REGARDING POST-TRIAL MOTIONS

WHEREAS, on December 17, 2019 HTC Corporation, HTC America, Inc. ("HTC"), ZTE (USA), Inc. ("ZTE") and Microsoft Corporation, Microsoft Mobile OY, and Microsoft Mobile Inc. ("Microsoft") entered a stipulation regarding post-trial motions with Plaintiff Evolved Wireless, LLC (Case No. 15-cv-543, D.I. 441);

WHEREAS, on December 30, 2019, the Court entered an Order pursuant to the Stipulation staying the deadline for Defendants HTC, ZTE, and Microsoft to file a motion for exceptional case, attorneys' fees, costs, expenses, and interest under Fed. R. Civ. P. 54(d), 35 U.S.C. § 285, and 28 U.S.C. § 1927, until thirty (30 days) after all appeals in the related cases have been exhausted and the case is remanded to the Court (Case No. 15-cv-543, D.I. 446);

WHEREAS, on December 30, 2019, the Court entered an Amended Final Judgment in favor of Defendant Motorola Mobility LLC and dismissed the case against Motorola (Case No. 15-cv-544, D.I. 410);

WHEREAS, a motion to determine whether this case is exceptional, and for attorneys' fees, costs, expenses, and interest is due on January 13, 2020 under Fed. R. Civ. P. 54(d), 35 U.S.C. § 285, and 28 U.S.C. § 1927.

WHEREAS, the parties will conserve resources if the deadline for filing these motions is stayed until after appeals are final in all related Evolved Wireless, LLC cases.

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadline for Defendant Motorola Mobility LLC to file a motion for exceptional case, attorneys' fees, costs, expenses, and interest under Fed. R. Civ. P. 54(d), 35 U.S.C. § 285, 28 U.S.C. § 1927, shall be STAYED until thirty (30 days) after all appeals in the related cases have been exhausted and the case is remanded to this Court.

Date: January 8, 2020.

OF COUNSEL:

Mitchell G. Stockwell
Richard W. Goldstucker
Kilpatrick Townsend And Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA  30309
Tel:  (404) 815-6500

Taylor H. Ludlam
Kilpatrick Townsend and Stockton LLP
4208 Six Forks Road, Suite 1400
Raleigh, NC  27609
Tel:  (919) 420-1700

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Stephanie E. O'Byrne (#4446)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE  19801
    Tel:  (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com
    sobyrne@potteranderson.com

*Counsel for Defendant Motorola Mobility LLC*

OF COUNSEL:

Christopher K. Larus
Marla R. Butler
Ryan M. Schultz
Andrew D. Hedden
Benjamen C. Linden
Ryan E. Dornberger
Anthony F. Schlehuber
Rajin S. Olson
ROBINS KAPLAN LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Tel: (612) 349-8500

Andrea L. Gothing
ROBINS KAPLAN LLP
2440 W. El Camino Real, Suite 100
Mountain View, CA 94040
Tel: (650) 784-4040

Annie Huang (admitted *pro hac vice*)
ROBINS KAPLAN LLP
601 Lexington Avenue, Suite 3400
New York, NY 10022
Telephone: (212) 980-7438
Facsimile: (212) 980-7499

FARNAN LLP

By: */s/ Michael J. Farnan*
   Brian E. Farnan (#4089)
   Michael J. Farnan (#5165)
   919 N. Market Street, 12th Floor
   Wilmington, De 19801
   Tel: (302) 777-0300
   bfarnan@farnanlaw.com

*Counsel for Plaintiff Evolved Wireless, LLC*

 

SO ORDERED this _____ day of _____, 2020.

 

_____
United States District Judge